ACCEPTED
01-15-00793-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/29/2015 3:19:12 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00793-CV

### IN THE COURT OF APPEALS FOR THE
### 1st JUDICIAL DISTRICT OF HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/29/2015 3:19:12 PM
CHRISTOPHER A. PRINE
Clerk

*Nexion Health at Beechnut, Inc. v. Maria Moreno, Individually and as Representative of the Estate of Mario Moreno*

On Appeal From the
133rd Judicial District Court
of Harris County, Texas
Cause No. 2015-01975

## APPELLEE'S MOTION TO DISMISS

TO THE HONORABLE FIRST COURT OF APPEALS:

MARIA MORENO, Individually and as Representative of the ESTATE OF MARIO MORENO ("Appellee") files this Motion to Dismiss to NEXION AT BEECHNUT, INC., D/B/A BEECHNUT MANOR's ("Appellant") Notice of Appeal, and would respectfully show the following:

### I.
### BRIEF FACTS

1. Mario Moreno ("Moreno") died from a traumatic head injury suffered in Appellant's long-term care facility for the cognitively impaired. It was well known to Appellant's staff Moreno suffered from impaired balance, impaired cognition and exhibited exit seeking behaviors.

2. However, on May 23, 2013 and again on May 29, 2013, Moreno was permitted to elope from his room, fall and incur injuries requiring hospitalization. After the May 29, 2013 fall, Moreno remained in and out of consciousness until he died from his injuries on May 30, 2013.

## II.
## PROCEDURAL HISTORY

3. Subsequently, Appellee filed suit against Appellant on January 14, 2015. Appellee timely served Appellant with Chapter 74 expert reports for Dr. Donald Marks and Rhonda Rotterman on February 23, 2015.

4. On August 24, 2015 the trial court heard Appellant's Chapter 74 Motion to Dismiss regarding the reports. After reviewing the pleadings, the evidence and arguments by counsel the trial court *denied* Appellant's Chapter 74 Motion to Dismiss.[1]

5. Appellant filed a Notice of Interlocutory Appeal on September 14, 2015 and filed a request for Clerk's Record and Reporter's Record the same day.[2] **The Clerk's Record and Reporter's Record were due September 24, 2015**, ten (10) days from the date the Notice of Appeal was filed.[3] To date,

---

[1] *See* Exhibit 1: Order Denying Nexion at Beechnut, Inc.'s Motion to Dismiss.

[2] *See* Exhibit 2: Nexion at Beechnut, Inc.'s Notice of Interlocutory Appeal;.

[3] *See* TEX. R. APP. P. 35.1(b).

2

five days after the deadline, the Clerk's Record and Reporter's Record have not been filed with the Appellate Clerk because of Appellant's failure to pay.

## III.
## MOTION TO DISMISS

6.      When the trial clerk fails to timely file the record because the appellant failed to pay or make arrangements to pay the clerk's fee, the appellate court may dismiss the appeal on a party's motion, or on its own initiative.[4] On September 29, 2015, five days after the deadline to file the record, the trial clerk informed Appellee the record has not been filed due to lack of payment.

7.      Appellant, as the movant, has the responsibility to pay the clerk's fee or make arrangements to do so. As a result of Appellant's failure to pay or make arrangements to pay, the record has not been timely filed. Therefore, Appellee asks the Court to *dismiss* Appellant's Notice of Appeal for a failure to file a record pursuant to TEX. R. APP. P. 37.3(b).

## IV.
## PRAYER

8.      Appellee respectfully requests the First Court of Appeals to *DISMISS* Appellant's Notice of Appeal and for all other relief, both in law and equity, to which they may be entitled.

---

[4] *See* TEX. R. APP. P. 37.3(b).

3

Respectfully Submitted,

THE GIBSON LAW FIRM

Jason A. Gibson
State Bar No. 24000606
Casey L. Jordan
State Bar No. 24090599
The Lyric Centre
440 Louisiana, Suite 2400
Houston, Texas 77002
Ph: (713) 650-1010
Fax: (713) 650-1011

**ATTORNEYS FOR APPELLEE**

## CERTIFICATION OF FACTS

I have reviewed the above Motion to Dismiss. I certify every factual statement is supported by competent evidence included in the record.

Casey L. Jordan

4

## CERTIFICATE OF SERVICE

I certify a true and correct copy of this document has been served on all counsel of record via first class regular mail or fax on September 29, 2015.

Casey L. Jordan

5

# EXHIBIT 1

Cause No 2015-01975-133

| | | |
|---|---|---|
| MARIO MORENO, Individually and as Representative of the ESTATE OF MARIO MORENO | § § § § § | IN THE DISTRICT COURT OF |
| v | § § § | HARRIS COUNTY, TEXAS |
| NEXION HEALTH AT BEECHNUT, INC , d/b/a BEECHNUT MANOR | § § | 133rd JUDICIAL DISTRICT |

FILED
Chris Daniel
District Clerk
AUG 24 2015
Time
Harris County Texas
By
Deputy

## ORDER DENYING DEFENDANT NEXION AT BEECHNUT, INC D/B/A BEECHNUT MANOR'S CHAPTER 74 MOTION TO DISMISS

The Court heard Defendant's Chapter 74 Motion to Dismiss  After reviewing the pleadings, the evidence and arguments by counsel, if any, the Court *DENIES* Defendant's Chapter 74 Motion to Dismiss

SIGNED ON _August 24_, 2015

HON JACLANEL MCFARLAND

Certified Document Number: 66762326 - Page 1 of 1

## Exhibit A

# EXHIBIT 2

## NO. 2015-01975-133

| | | |
|---|---|---|
| MARIA MORENO, Individually and as Representative of the Estate of Mario Moreno, | § § § § | IN THE DISTRICT COURT |
| *Plaintiff,* | § § § | |
| V. | § § | HARRIS COUNTY, TEXAS |
| NEXION HEALTH AT BEECHNUT, INC., d/b/a Beechnut Manor | § § § § | |
| *Defendant.* | § | 133rd JUDICIAL DISTRICT |

### DEFENDANT'S NOTICE OF INTERLOCUTORY APPEAL AND NOTICE OF AUTOMATIC TRIAL STAY

TO THE HONORABLE COURT:

Please take notice that, pursuant to Texas Rule of Appellate Procedure 26.1(b), Defendant Nexion Health at Beechnut Inc. d/b/a Beechnut Manor ("Beechnut") desires to appeal to the First or Fourteenth District Court of Appeals at Houston, Texas, the trial court's August 24, 2015 Order denying Beechnut's Chapter 74 Motion to Dismiss. *See* Attachment "A." Such Order is subject to an accelerated interlocutory appeal. *See* Tex. Civ. Prac. & Rem. Code § 51.014(a)(9); Tex. R. App. P. 28.1. This notice of appeal is timely filed within twenty days after the trial court's Order was signed. *See* Tex. R. App. P. 26.1(b). As required by the Local Rules Relating to Assignment of Related Cases to and Transfers of Related Cases between the First and Fourteenth Courts of Appeals, I certify that no other related appeal or original proceeding has been previously filed in either the First or Fourteenth Court of Appeals.

Further, please take notice that the commencement of the trial of this case is automatically stayed pending resolution of the interlocutory appeal. *See* Tex. Civ. Prac. & Rem. Code § 51.014(b).

---

DEFENDANT'S NOTICE OF INTERLOCUTORY APPEAL AND NOTICE OF AUTOMATIC TRIAL STAY     PAGE 1
943720.1 2014.81

Weston M. Davis is designated as lead counsel for the appeal.

Respectfully submitted,

**MACDONALD DEVIN, P.C.**

By:    /s/ Gregory N. Ziegler
         **Gregory N. Ziegler**
         State Bar No. 00791985
         gziegler@macdonalddevin.com
         **J. Edward Johnson**
         State Bar No. 24070001
         ejohnson@macdonalddevin.com
         **Weston M. Davis**
         State Bar No. 24065126
         wdavis@macdonalddevin.com

3800 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270-2130
(214) 744-3300 Telephone
(214) 747-0942 Facsimile

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon opposing counsel of record as indicated below in accordance with the Texas Rules of Civil Procedure, on this 14th day of September, 2015.

VIA EMAIL:
JAG@JAG-LAWFIRM.COM
CPEEL@JAG-LAWFIRM.COM
Jason A. Gibson
Clifford D. Peel II
Casey L. Jordan
THE GIBSON LAW FIRM
The Lyric Centre
440 Louisiana, Suite 2400
Houston, Texas 77002


/s/ J. Edward Johnson
**J. Edward Johnson**

MODE = MEMORY TRANSMISSION       START=SEP-29 14:06     END=SEP-29 14:09

FILE NO.=971

| STN NO. | COMM. | STATION NAME/EMAIL ADDRESS/TELEPHONE NO. | PAGES | DURATION |
|---------|-------|------------------------------------------|-------|----------|
| 001 | OK | ā12147470942 | 012/012 | 00:03:05 |

-THE GIBSON LAW FIRM    -

***** e-STUDIO190F ***************** –     – ***** –     – *********



# THE GIBSON LAW FIRM

## FAX COVER SHEET

**TO:**     Gregory N. Ziegler            **FAX:** (214) 747-0942
        Macdonald Devin, P.C.

**DATE:**    September 29, 2015

**FROM:**    Casey L. Jordan/sf

### WE ARE SENDING (7) PAGES (including this page).

**RE:**      Cause No. 2015-01975-133; *Maria Moreno, Individually and as Representative of the Estate of Mario Moreno v. Nexion Health at Beechnut, Inc. d/b/a Beechnut Manor*

**MESSAGE:**    Please see attached:

         1) Appellee's Motion To Dismiss

**If you do not receive the entire FAX, or are not receiving it clearly, please call us at (713) 650-1010.**

THIS FAX IS INTENDED ONLY FOR USE OF THE ADDRESSEE. THIS INFORMATION IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY AND RETURN TO THE ABOVE ADDRESS BY THE U.S. POSTAL SERVICE.

 **THE GIBSON LAW FIRM**

## <u>FAX COVER SHEET</u>

**TO:**     Gregory N. Ziegler                           **FAX:** (214) 747-0942
           Macdonald Devin, P.C.

**DATE:**   September 29, 2015

**FROM:**   Casey L. Jordan/sf

## WE ARE SENDING (7) PAGES (including this page).

**RE:**     Cause No. 2015-01975-133; *Maria Moreno, Individually and as Representative
           of the Estate of Mario Moreno v. Nexion Health at Beechnut, Inc. d/b/a
           Beechnut Manor*

**MESSAGE:**   Please see attached:

           1) Appellee's Motion To Dismiss

## If you do not receive the entire FAX, or are not receiving it clearly, please call us at (713) 650-1010.

THIS FAX IS INTENDED ONLY FOR USE OF THE ADDRESSEE. THIS INFORMATION IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY AND RETURN TO THE ABOVE ADDRESS BY THE U.S. POSTAL SERVICE.

THE LYRIC CENTRE, 440 LOUISIANA, SUITE 2400, HOUSTON, TX 77002
PH: (713) 650-1010   FAX: (713) 650-1011   TOLL FREE: 1-866-JAGFIRM (524-3476)
WWW.JAG-LAWFIRM.COM